**Opinion filed August 7, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00185-CR
_____

## BILLY WAYNE WILLIAMS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 32nd District Court**
**Nolan County, Texas**
**Trial Court Cause No. 4736-A**

### M E M O R A N D U M   O P I N I O N

Billy Wayne Williams has filed a pro se notice of appeal from the trial court's refusal to enter a judgment nunc pro tunc and from the denial of Appellant's motion to recuse the judge of The 32nd District Court. We dismiss the appeal.

The clerk of this court wrote Appellant on July 8, 2014, and informed him that it did not appear that Appellant's notice of appeal related to a final, appealable

order. We requested that Appellant respond on or before July 23, 2014, and show grounds to continue the appeal. Appellant has responded, but he has not shown grounds upon which this appeal may continue.

An intermediate appellate court has no jurisdiction over an appeal from an order denying a request for judgment nunc pro tunc. *Sanchez v. State*, 112 S.W.3d 311 (Tex. App.—Corpus Christi 2003, no pet.); *Everett v. State*, 82 S.W.3d 735 (Tex. App.—Waco 2002, pet. dism'd). Additionally, an order denying a motion to recuse is not a final, appealable order; it may be reviewed only in an appeal from a final judgment. *Green v. State*, 374 S.W.3d 434, 445 (Tex. Crim. App. 2012). An appeal of the decision to deny a motion to recuse, standing alone, would be improper. *Id.* We have no jurisdiction to entertain this appeal.

Consequently, the appeal is dismissed for want of jurisdiction.

PER CURIAM

August 7, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2